# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-33560 PSH | Trustee: | (330260) ALEX D. MOGLIA |
|---|---|---|---|
| Case Name: | CHAVIS, JAKE SIGMUND | Filed (f) or Converted (c): | 09/10/09 (f) |
| | CHAVIS, HARRIET LEE | §341(a) Meeting Date: | 10/21/09 |
| Period Ending: | 12/31/09 | Claims Bar Date: | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| (No Assets on File) | | | | | |
| 0  Assets  Totals (Excluding unknown values) | $0.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**                **Current Projected Date Of Final Report (TFR):**