## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| Sigmund Jake Chavis, and | ) | |
| Harriet Lee Chavis, | ) | Case No.:    09 B 33560 |
| | ) | |
| Debtor(s). | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |

### ORDER REOPENING CASE

This cause coming on to be heard on the Motion of the Debtor, It is hereby ordered:

1.That the Chapter 7 case of Sigmund Jake Chavis, and Harriet Lee Chavis, case no.

09 B 33560, be reopened to file the Debtors' Certificate of Debtor Education. Upon filing

of the Debtors' Certificate of Debtor Education, the case shall be closed no earlier than

April 22, 2010.

**Dated:** April 8, 2010                              **ENTERED:**

_____

**Bankruptcy Judge**