APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor Sigmund Jake Chavis and Harriet Lee Chavis )
) Case No. 09-33560
)
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Sybil Virshbo

| MARTIN D. TASCH | LEBOW, MALECKI & TASCH, LLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ MARTIN D. TASCH | FIRM ID NUMBER: |
| Signature | 903 Commerce Dr. - Suite 160 |
| ATTORNEY ID NUMBER    06191680 | Street Address |
|  | OAK BROOK, IL 60523 |
|  | City    State    Zip |
|  | Telephone    630-571-9000 |

Trial Attorneys*

MARTIN D. TASCH
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    4/12/2010

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P ____    D ____    TP ____

Revised 06/08rj