IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIGMUND J. CHAVIS and | ) | Judge Pamela J. Hollis |
| HARRIET L. CHAVIS | ) | |
| | ) | Case No. 09-33560 |
| Debtors. | ) | |
| | ) | Hearing: May 4, 2010 at 10:00 a.m. |

**ORDER AMENDING PRIOR ORDER ENTERED BY THIS COURT**

This matter came to be heard on the Motion of the Debtors, Sigmund J. Chavis and Harriet Chavis, (the "Debtors"), to Amend a Prior Order Entered by this Court, due and proper notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that the Motion is granted and:

1) This Court's order entered April 8, 2010, shall be read so that in place of the text "April 22, 2010" the order instead states "June 24, 2010."

2. Any adversaries to be filed by Debtor or amended schedules shall be filed no later than June 14, 2010. /psh

Dated:

**MAY - 4 2010**

BY THE COURT:

_____
The Honorable Pamela J. Hollis
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.